USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
                            :

JOSE TIMOTEO LEON GALDAMEZ,     :

                            :

                Petitioner,   :         1:26-cv-1170-GHW

                            :

         -v-             :         <u>ORDER</u>

                            :

KENNETH GENALO, *et al.*,      :

                            :

             Respondents.  :

                            :

-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Petitioner has filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241. The Court, having examined the Petition, and upon consideration of Petitioner's Application for Issuance of an Order to hereby ORDERS that:

(1) Within **two business days of the date of this Order**, Respondents shall file a letter with the following information:

    a.  whether Petitioner was, as the Petition alleges, *see* Dkt. No. 1, ¶ 11, located in the Southern District of New York at the time that the Petition was filed and, if not, what District Petitioner was in at the time of filing and whether the Petition should be immediately transferred to that District, *see, e.g., Öztürk v. Hyde*, 136 F.4th 382, 391–92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025);

    b.  Petitioner's A-number, current place of detention, and a contact person who can facilitate prospective counsel's access to Petitioner;

    c.  the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

    d.  a copy of any final order of removal; and

    e.  any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

(2) Unless and until the Court orders otherwise, Respondents shall file a return on the Petition within **five business days of the date of this Order**; and

(3) Unless and until the Court orders otherwise, Petitioner shall file any reply within **ten business days of the date of this Order**.

## CONCLUSION

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

Within **two business days of the date of this Order**, Respondents shall file a letter with the Court with the information described in this order.  Respondents shall file a return on the Order to Show Cause within **five business days of the date of this Order.**  Petitioner shall file any reply within **ten business days of the date of this Order.**

SO ORDERED.

Dated:    February 12, 2026
          New York, New York

                                             _____
                                                    GREGORY H. WOODS
                                               United States District Judge

2